**Ethel Smith, Plaintiff-Appellee, v. Board of Education of Community Unit School District Number 1 of Coles and Cumberland Counties, Illinois.**

Gen. No. 10,172.

Third District.

October 16, 1958.

Released for publication November 3, 1958.

H. Ogden Brainard,
for appellant; Kenneth A. Green, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.